**GREGORY ANTOLLINO**
ATTORNEY AT LAW
588 BROADWAY, SUITE 904
NEW YORK, NEW YORK 10012
TEL (212) 334-7397   FAX (212) 334-7399

November 30, 2004

Magistrate Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Norville v. Staten Island University Hospital CV 96 5222 (RJD)(MDG)

Dear Judge Go:

I represent plaintiff in this matter for which an unopposed motion to vacate the stay and post-judgment attorney's fees is currently pending. Your Chambers has been advised that the parties have been working toward resolving (a) payment of the outstanding judgment; and (b) resolution of the pending motion. After some delays that my adversary encountered with his client's insurer, I asked for a tele-conference, which was to be held today at 4:30. I have spoken with Mr. Volpe and gotten additional information suggesting that the conference can be put off further.

Mr. Volpe and I have agreed that the outstanding judgment minus fees previously awarded to plaintiff's former counsel Greenwald, Christoph and Holland (which Mr. Volpe has already resolved); plus as yet unawarded fees and costs to me for the appeal; plus as yet unawarded post-judgment interest totals $1,403,672.09 (one million four hundred three thousand, six hundred seventy two dollars and nine cents). Mr. Volpe has represented that at least $400,000 of that amount will be paid to me as attorney for Ms. Norville on or before December 23, 2004. The unanswered questions are (a) will the entire amount be paid on or before that date; and (b) if only $400,000 is paid on that date, when will the remaining 1,003,672.09 be paid? Mr. Volpe has indicated that he will have that answer for me tomorrow or Thursday morning.

Assuming Mr. Volpe is able to answer these questions satisfactorily by Thursday and verify in writing, there should be no need for a conference. As I discussed with your clerk, I will notify you as soon as possible, and no later than by next Thursday, if the matter is resolved and whether Court intervention will be necessary. Your attention to this matter is appreciated.

Sincerely,

Gregory Antollino

Cc:   Michael Volpe

1